IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

LAWRANCE MAHOMES                                                                                          PLAINTIFF
ADC #152147

V.                                            NO: 4:15CV00562 JM/PSH

PATRICK MORGAN *et al*                                                                              DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

On February 26, 2016, defendants filed a motion to dismiss, along with a brief and affidavit in support, asserting that correspondence mailed to plaintiff at his address of record has been returned.[1] (Doc. Nos. 18, 20). Defendants state that the returned mail was marked "parole" and "return to sender unable to forward." (Doc. Nos. 20, 20-1). They claim that the case should be dismissed pursuant to Rule 5.5(c)(2) of the Local Rules of this Court.

---

[1] Plaintiff's address of record is at the Arkansas Department of Correction's Wrightsville Unit, but the department's public website does not list him as a current inmate. Plaintiff is also not listed as a current inmate on the Federal Bureau of Prison's public website.

This Court entered an order on March 15, 2016 granting plaintiff an additional 14 days to respond to defendants' motion to dismiss. (Doc. No. 21). Plaintiff has not responded.

Local Rule 5.5(c)(2) provides that any party not represented by counsel has a duty to "promptly notify the court and other parties to the proceedings of any change of his or her address...." Plaintiff has failed to comply with this rule, and, accordingly, defendants' motion should be granted. *See* Local Rule 5.5 (c)(2).

IT IS THEREFORE RECOMMENDED THAT:

1. Defendants' motion to dismiss (Doc. No. 18) be GRANTED, and plaintiff's complaint be DISMISSED WITHOUT PREJUDICE.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 12th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE